# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JANET DEMPSEY-LOWDEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-6112 |
| LEVITTOWN-FAIRLESS HILLS RESCUE SQUAD, INCORPORATED, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of January, 2018, upon consideration of Defendant Levittown-Fairless Hills Rescue Squad, Incorporated's ("Defendant") Motion for Summary Judgment, Plaintiff Janet Dempsey-Lowden's Brief in Opposition, and Defendant's Reply Brief, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED**. The "First Cause of Action" of the Amended Complaint is **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over the "Second Cause of Action" of the Amended Complaint pursuant to 28 U.S.C. § 1367(c)(3); and

2. the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE